Michael Scott PERKINSON,
Plaintiff–Appellant,

v.

Peter WHITE; Gray Faulkner, III; Board of Commissioners, Vance County; Western Surety, CNA Surety, Defendants–Appellees.

No. 14–6194.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

Michael Scott Perkinson, Appellant Pro Se. Sonny Sade Haynes, Womble Carlyle Sandridge & Rice, PLLC, Winston–Salem, North Carolina, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Scott Perkinson seeks to appeal the district court's order denying his motion for appointment of counsel. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders,

28 U.S.C. § 1292 (2012); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Perkinson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *Miller v. Simmons,* 814 F.2d 962, 964–67 (4th Cir.1987). Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*